STATE v. LIVINGSTON

No. 20 PC.

Case below: 22 N.C. App. 346.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

STATE v. McAULIFFE

No. 62.

Case below: 22 N.C. App. 601.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 September 1974.

STATE v. MOORE

No. 84.

Case below: 22 N.C. App. 640.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 September 1974.

STATE v. MOORE

No. 63 PC.

Case below: 22 N.C. App. 679.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

STATE v. ORANGE

No. 48.

Case below: 22 N.C. App. 220.

Appeal dismissed for failure to comply with Rule 19(3) of the Rules of this Court and Rule 3(b) of the Supplementary Rules of this Court as interpreted in *In re Will of Adams,* 268 N.C. 565, and *State v. Staten,* 271 N.C. 600, 12 September 1974.